# United States District Court

NORTHERN DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | AGENT TO ARREST |
| RICO DEVILLE BUICE, A/K/A "CASINO" | Case Number: 1:25-mj-1206 |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICO DEVILLE BUICE, A/K/A "CASINO"

and bring him or her forthwith to the before a United States Magistrate Judge without unnecessary delay to answer a **COMPLAINT** charging him or her with: Conspiracy to Possess with Intent to Distribute Fentanyl (in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

| REGINA D. CANNON | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *R. Cannon* | November 15, 2025<br>Atlanta, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $_____ by_____
                                                                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:_____  _____
                                                                                                  Name and Title of Arresting Officer

Date of Arrest:_____  _____
                                                                                                     Signature of Arresting Officer